**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2616-19

NEW JERSEY DIVISION OF
CHILD PROTECTION AND
PERMANCY,

     Plaintiff-Respondent,

v.

C.S.,

     Defendant-Appellant,

and

J.B.,

     Defendant.

_____

IN THE MATTER OF THE
GUARDIANSHIP OF E.B.
and J.B., minors.

_____

Argued February 23, 2021 – Decided March 26, 2021

Before Judges Fisher, Gilson and Gummer

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Passaic County, Docket No. FG-16-0048-18.

Joseph E. Krakora, Public Defender, attorney for appellant (Ryan T. Clark, Designated Counsel, on the brief).

Gurbir S. Grewal, Attorney General, attorney for respondent (Jane C. Schuster, Assistant Attorney General, of counsel; Toni Lynn Imperiale, Deputy Attorney General, on the brief).

Joseph E. Krakora, Public Defender, attorney for minors (Meredith Alexis Pollock, Deputy Public Defender, of counsel; Todd Wilson, Designated Counsel, on the brief).

PER CURIAM

The parties have reached an amicable settlement of the issues presented in this appeal. By way of that settlement, the parties have consented to a vacation of the judgment under review and a remand for further proceedings more fully described in a separate order also entered today.

The appeal is dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-2616-19